UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

JAMES GOODING )
)
v. ) NO. 2:05-cv-47
) (CR:2-03-cr-79)
UNITED STATES OF AMERICA )

## ORDER

This *pro se* prisoner's motion and amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is before the Court to consider the Report and Recommendation of the United States Magistrate Judge, which recommends that Petitioner's motion be denied. Petitioner has filed an appeal from the Magistrate Judge's decision, which will be treated as an objection to this recommendation. [Doc. 23]. After careful consideration of the record and of the Report and Recommendation, and for the reasons contained therein, all of which are incorporated by reference into this Order, Petitioner's objection is **OVERRULED**, this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 15], and the motion to vacate is **DENIED**. [Doc. 1].

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE